[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-14020
Non-Argument Calendar
_____

D.C. Docket No. 2:18-cr-00123-SPC-MRM-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE MARIO MORENO PARADA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(June 12, 2020)

Before WILLIAM PRYOR, Chief Judge, WILSON and LAGOA, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, appointed counsel for Jose Parada in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Parada's convictions and sentences are **AFFIRMED**.